IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHERYL ANN GERBERDING,

        Plaintiff,           JUDGMENT IN A CIVIL CASE

  v.

                                        Case No. 15-cv-678-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Sheryl Ann Gerberding attorney fees and costs in the amount of $7,200.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

 

| s/ K. Frederickson, Deputy Clerk | 7/06/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |